Form reimnc13

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **24−44296−mar**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Vikram Sagar Pasala
   17084 Brooklane Blvd
   Northville, Mi 48168

Social Security No.:
   xxx−xx−1640

Employer's Tax I.D. No.:

## NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CONFIRMATION HEARING

To the Creditors of the above named Debtor(s)

NOTICE IS HEREBY GIVEN that an Order of Reinstatement was entered on **05/15/2024** .

The meeting of creditors has been rescheduled to **June 14, 2024** at **09:00 AM** via Zoom video meeting. Go to Zoom.us/join. Enter Meeting ID 949 724 7977, and Passcode 2718849134, OR call (313) 331−6488. For additional meeting information go to www.justice.gov/ust/moc.

The hearing on the confirmation of the plan has been rescheduled to **July 31, 2024** at **09:00 AM** to be held at **Courtroom 1825, 211 West Fort St., Detroit, MI 48226** .

The deadline to file a complaint objecting to the dischargeability of a debt has not changed.

The deadline to file a proof of claim has not changed.

Dated: 5/16/24

                                                        BY THE COURT

                                                        Todd M. Stickle , Clerk of Court
                                                        UNITED STATES BANKRUPTCY COURT