UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                            CHAPTER 13
VIKRAM SAGAR PASALA,                CASE NO. 24-44296-MAR
DEBTOR.                                        JUDGE MARK A RANDON
_____/

**ORDER ADJOURNING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING**

This matter came before the Court upon the stipulation between Debtor and Chapter 13 Trustee consenting to the terms of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**IT IS HEREBY ORDERED** that the Meeting of Creditors is rescheduled to:

*NEW 341 DATE:*               *July 19, 2024*               TIME: *1:00 p.m.*
*LOCATION*:                   *Zoom video meeting. Go to: Zoom.us/join. Enter: Meeting ID 949 724 7977, and Passcode 2718849134, OR call (313) 331–6488*

**IT IS FURTHER ORDERED** that based upon the rescheduling of the Debtor's Section § 341 Meeting of Creditors, the Debtor's Confirmation Hearing to be conducted pursuant to the Judge's procedures posted on the Court's website at www.mieb.uscourts.gov shall be adjourned to:

*NEW CONFIRMATION DATE:*     *September 11, 2024*         TIME: *9:00 a.m.*

**IT IS FURTHER ORDERED** that Debtor or Debtor's counsel shall:
(a) provide no less than twenty-one (21) days written notice of these adjourned dates and times to all parties in interest;
(b) file a Proof of Service evidencing notice to creditors with the Clerk of the Court and a copy to the Chapter 13 Trustee no later than five (5) days prior to the adjourned meeting of creditors.

**IT IS FURTHER ORDERED** that the deadlines:
(a) for filing objections to the confirmation of the plan is 21 days from the date of adjourned Section 341 Meeting of Creditors is held;
(b) that the deadlines to Object to Debtor's discharge or to challenge dischargeability of a certain debt is 60 days after the new date.

**IT IS FURTHER ORDERED** that Debtor file and/or serve the following documents on the Trustee's office, on or before July 5, 2024,:

- ☒ 60-days of pre-filing pay stubs
- ☒ 2022 and 2023 federal income tax returns with W-2s/1099s
  (Per IRS, POC the Debtor has not filed the 2023 tax return)
- ☒ Payment Order or Motion To Excuse Payment Order filed / entered with the Court, on or before 7/5/2024;
- ☒ Identification Documents (Clearer Drivers License & Copy of SS Card)

**IT IS FURTHER ORDERED** that in the event the Debtor fail(s) to appear at the adjourned Section 341 Meeting of Creditors, or should the Debtor fail to comply with any of the terms or conditions above, the Trustee may submit an Order of Dismissal or Re-Conversion to the bankruptcy court along with an Affidavit attesting to the Debtor's failure to appear at the adjourned Section 341 Meeting of Creditors, or failure to comply with the other terms and conditions in the above Order and the proceedings may be dismissed or reconverted upon Order of the Court without further notice or hearing.

**Signed on June 17, 2024**



/s/ Mark A. Randon
**Mark A. Randon
United States Bankruptcy Judge**