UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN Re:

VIKRAM SAGAR PASALA

        Debtor.

Case no: 24-44296
Chapter: 13
Judge Mark Randon

## MOTION TO REINSTATE CASE

NOW COMES Abdul Q Arif, Attorney for the Debtor, to move this court to reinstate this case. In support thereof, he states as follows:

1. Debtor informs this Court that he had been visiting his ailing parents in India and had trouble communicating with his Counsel, who had been trying to obtain certain documents needed by him in order to comply with the Trustee's schedule.

2. This Court dismissed the bankruptcy case on the basis of an Affidavit of the Chapter 13 Trustee, that stated the Debtor had not complied with his/her directive to submit the 2023 Tax returns and file a payment order or motion to excuse payment order by July 5th, 2024.

3. The Court order did not specify if the dismissal order was with prejudice as to prevent a reinstatement or refiling of this case.

3. Debtor's Counsel had informed the Trustee that Debtor had filed for an extension for the 2023 Income Tax Returns, and a copy of the Application for Extension was submitted on July 5, 2024.

4. Debtor has now filed the complete return and has uploaded a copy of the same to the Trustee. (exhibit A)

5. Debtor has also sent a payment by mail to the address provided by the trustee. (exhibit B)

6. During communication with the trustee, Debtor's Counsel was informed that some of the previously uploaded documents were for whatever reason not received by the trustee despite counsel having proof of submission. Those documents were resubmitted by counsel. (exhibit C)

**Abdul Arif – P70624**
1735 W 21st St, Ste 200
Wichita, KS 67203
(316)300-3000
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN R:

VIKRAM SAGAR PASALA

       Debtor.

Case no: 24-44296
Chapter: 13
Judge: Randon

## ORDER GRANTING MOTION TO REINSTATE CASE

This matter having come before the Court on Debtor's motion, the court having considered the motion, and having found cause:

**IT IS ORDERED** that the stipulation is granted

_____

Judge Mark A. Randon

# Exhibit A

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000004694112

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

---

**Case Number:** 2444296

| | |
|---|---|
| **Original Filename:** | Pasala 2023 Taxes.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Friday, July 19th 04:59:55 PM (local) |
| **Document Type:** | 2023 - Federal Income Tax Returns |
| **Uploaded by:** | Abdul Q Arif <abdul.arif@gmail.com> |
| **In-Transit for:** | Krispen Carroll |
| | 719 Griswold |
| | Suite 1100 |
| | Detroit, MI 48226 |
| | P: (phone) +1 (313) 963-4315 |

Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Exhibit B



**OFFICIAL CHECK**

50-7100 / 2260 500383602

Date: July 25, 2024

$ *******3,800.00

PAY Three Thousand Eight Hundred and 00/100****************************

PAY TO THE ORDER OF  Chapter 13 Trustee Krispen S Carroll

MEMO: Vikram Pasala / Case #24-44296

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

Issued by flagstar
1-888-248-6423

⑈500383602⑈ ⑆226071004⑆ 344145⑈

---

**CUSTOMER COPY**

Date: July 25, 2024

| Account Detail | Account # | Amount | Balance |
|---|---|---|---|
| Vikram S. Pasala | | *******3,800.00 | |

Payee  Chapter 13 Trustee Krispen S Carroll

Official Check    Chk  500383602    July 25, 2024    Br  2042    Amt *******3,800.00

MEMO: Vikram Pasala

MQ4-0014



```
             UNITED STATES
             POSTAL SERVICE.

                GREENMEAD
           37500 PEMBROKE AVE
           LIVONIA, MI 48152-9998
              (800)275-8777
07/25/2024                          04:26 PM

Product              Qty   Unit      Price
                           Price

PM Express 1-Day      1              $30.45
Flat Rate Env
    Memphis, TN 38101
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
        Fri 07/26/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI260773745US
    Insurance                         $0.00
        Up to $100.00 included
Total                                $30.45

Grand Total:                         $30.45

Cash                                 $50.00
Change                              -$19.55
```

Label: EI 260 773 745 US

# Exhibit C

# Bankruptcy Documents | Filer Account

| Case | Received | Type | Trustee | Size |
|---|---|---|---|---|
| 2444296 | 2024-07-19 16:59:55 | 2023 - Federal Income Tax Returns | Krispen Carroll | 11231745 MB |
| 2444296 | 2024-07-05 12:39:12 | Debtor Identity Verification *SS#* | Krispen Carroll | 528796 KB |
| 2444296 | 2024-07-05 12:26:57 | 2023 - Federal Income Tax Returns *extension application* | Krispen Carroll | 309168 KB |
| 2444296 | 2024-07-05 12:12:17 | Pay Check Stubs | Krispen Carroll | 98673 KB |
| 2444296 | 2024-07-05 12:12:16 | Pay Check Stubs *Paystubs for May / April* | Krispen Carroll | 40157 KB |
| 2444296 | 2024-06-21 16:11:21 | Debtor Identity Verification *ID* | Krispen Carroll | 283440 KB |
| 2444296 | 2024-06-21 15:54:44 | 2022 - Federal Income Tax Returns | Krispen Carroll | 10078681 MB |

# Bankruptcy Documents | Filer Account

| Case | Received | Type | Trustee | Size | Comment |
|---|---|---|---|---|---|
| 2444296 | 2024-07-19 16:59:55 | 2023 - Federal Income Tax Returns | Krispen Carroll | 11231745 MB | FILED AND COMPLETED 2023 TAXES |
| 2444296 | 2024-07-05 12:39:12 | Debtor Identity Verification | Krispen Carroll | 528796 KB | Social Security Number. Debtor has since changed his name. |
| 2444296 | 2024-07-05 12:26:57 | 2023 - Federal Income Tax Returns | Krispen Carroll | 309168 KB | Debtor has not yet filed his 2023 taxes. Attached is his application for extension |
| 2444296 | 2024-07-05 12:12:17 | Pay Check Stubs | Krispen Carroll | 98673 KB | May Paystub |
| 2444296 | 2024-07-05 12:12:16 | Pay Check Stubs | Krispen Carroll | 40157 KB | April Paystub |
| 2444296 | 2024-06-21 16:11:21 | Debtor Identity Verification | Krispen Carroll | 283440 KB | |
| 2444296 | 2024-06-21 15:54:44 | 2022 - Federal Income Tax Returns | Krispen Carroll | 10078681 MB | |

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000004701350

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2444296

| | |
|---|---|
| **Original Filename:** | Pasala ss#.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Tuesday, July 23rd 02:58:52 PM (local) |
| **Document Type:** | Debtor Identity Verification |
| **Uploaded by:** | Abdul Q Arif <abdul.arif@gmail.com> |
| **In-Transit for:** | Krispen Carroll |
| | 719 Griswold |
| | Suite 1100 |
| | Detroit, MI 48226 |
| | P: (phone) +1 (313) 963-4315 |

*RESUBMISSION* (handwritten)

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000004712572

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2444296

**Original Filename:** doc20240726160255.pdf (Original file name is displayed for informational purposes only.)
**Received Date:** Friday, July 26th 05:04:33 PM (local)
**Document Type:** Debtor Identity Verification
**Uploaded by:** Abdul Q Arif <abdul.arif@gmail.com>
**In-Transit for:** Krispen Carroll
719 Griswold
Suite 1100
Detroit, MI 48226
P: (phone) +1 (313) 963-4315

*Identity Card RESUBMISSION* (handwritten)

Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.