Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 24−44296−mar
Chapter: 13
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
 Vikram Sagar Pasala
 17084 Brooklane Blvd
 Northville, Mi 48168

Social Security No.:
 xxx−xx−1640

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*70* − Motion to Reinstate Chapter 13 Case Filed by Debtor Vikram Sagar Pasala (Arif, Abdul)

will be held on: 8/14/24 at 09:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

EFFECTIVE JANUARY 1, 2024: Please Note: Any matters that are not confirmed, adjourned, resolved, or otherwise disposed of with the appropriate order to the Chapter 13 Trustee on or before the imposed deadline shall be heard by Judge Randon on the contested docket at 2:00 p.m. which will be telephonic at (202) 503−1666, Conference ID 231 911 059#

Dated: 7/30/24

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court