UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN Re:

VIKRAM SAGAR PASALA

Case no: 24-44296
Chapter: 13
Judge Mark Randon

Debtor.

## DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO MOTION TO REINSTATE CASE

COMES NOW The Debtor, thru his Counsel to address each of the Trustees objections as follows:

In summary, the Trustee noted the following deficiencies in debtors' filings in her objections:
   a) Lack of paystubs dated 60 days prior to 341 meeting.
   b) Lack of 2023 Tax returns for the Debtor.
   c) Past Due plan payments.
   d) 2004 Exam documents

Accordingly, the Debtor responds as follows:

1. Paystubs issue:
   a) Debtor started his employment on or about April 1, 2024, and gets paid monthly. Since he was not employed prior to April 2024, he could not have possibly complied with 11 U.S.C. 521(a)(1)(iv).
   b) Debtor's first paycheck was received on or about May 9, 2024, which was for pay period for the month of April 2024, which he provided on June 14, 2024, along with the second paystub for the month of May 2024.
   c) Debtor now has provided pay stubs for each pay period, including June, July of 2024. (Exhibit "A")

2. Tax Returns issue:
   d) At the time of initial filing, Debtor had provided his 2022 tax return and proof of extension filed for 2023 returns, subsequent to that, he has provided the 2024 as well.

3. Plan Payment Issue:
   e) Debtor had tried on numerous occasions to pay the plan payment thru the Chapter 13 Trustee's payment portal, but this occurred during the time the

bankruptcy case was dismissed and despite a concerted effort between Counsel's office and the Debtor, an electronic payment was not accepted, as the case showed dismissed and therefore could not be processed. Per Trustee's office direction, a cashier's check was sent to the Trustee's lockbox on 08/12/2024.
   f) Debtor has now made the 2 additional payments directly to the Trustee's lockbox in Memphis and is therefore current on plan payments. (Exhibit "B")

4. <u>Undisclosed Interest Issue:</u>
   g) Counsel has now submitted an amended Statement of Financial Affairs on behalf of the debtor and adjusted it according to his now filed tax returns. (Exhibit "C")

*/signature/*

**Abdul Arif – P70624**
1735 W 21st St, Ste 200
Wichita, KS 67203
(316)300-3000
Attorney for Debtor

# Exhibit A

# Bankruptcy Documents | Filer Account

| Received | Type | Serial Number | Size | Comment | Original Filename |
|---|---|---|---|---|---|
| 2024-07-26 17:04:33 | Debtor Identity Verification | DOC130000000004712572 | 601035 KB | RESUBMISSION OF IDENTITY CARD | doc202407261 60255.pdf |
| 2024-07-23 14:58:52 | Debtor Identity Verification | DOC130000000004701350 | 586051 KB | Social Security Card | Pasala ss#.pdf |
| 2024-07-19 16:59:55 | 2023 - Federal Income Tax Returns | DOC130000000004694112 | 11231745 MB | FILED AND COMPLETED 2023 TAXES | Pasala 2023 Taxes.pdf |
| 2024-07-05 12:26:57 | 2023 - Federal Income Tax Returns | DOC130000000004652517 | 309168 KB | Debtor has not yet filed his 2023 taxes. Attached is his application for extension | doc202407051 12545.pdf |
| 2024-07-05 12:39:12 | Debtor Identity Verification | DOC130000000004652542 | 528796 KB | Social Security Number. Debtor has since changed his name. | SS#.pdf |
| 2024-07-05 12:12:16 | Pay Check Stubs | DOC130000000004652463 | 40157 KB | April Paystub | Vikram Pasala April 2024 Paystub.pdf |
| 2024-07-05 12:12:17 | Pay Check Stubs | DOC130000000004652464 | 98673 KB | May Paystub | Vikram Pasala May 2024 Paystub.pdf |
| 2024-06-21 16:11:21 | Debtor Identity Verification | DOC130000000004620702 | 283440 KB | | Sagar Sir Driving Licence (1).pdf |
| 2024-06-21 15:54:44 | 2022 - Federal Income Tax Returns | DOC130000000004620656 | 10078681 MB | | Pasala Taxes.pdf |

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000004757237

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

---

**Case Number:** 2444296

| | |
|---|---|
| **Original Filename:** | Sagar June 2024 Paycheck.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Monday, August 12th 04:53:03 PM (local) |
| **Document Type:** | Pay Check Stubs |
| **Uploaded by:** | Abdul Q Arif <abdul.arif@gmail.com> |
| **In-Transit for:** | Krispen Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226<br>P: (phone) +1 (313) 963-4315 |

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

---

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000004757238

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

| | |
|---|---|
| **Case Number:** | 2444296 |
| **Original Filename:** | Sagar July 2024 Paycheck.pdf (Original file name is displayed for informational purposes only.) |
| **Received Date:** | Monday, August 12th 04:53:03 PM (local) |
| **Document Type:** | Pay Check Stubs |
| **Uploaded by:** | Abdul Q Arif <abdul.arif@gmail.com> |
| **In-Transit for:** | Krispen Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226<br>P: (phone) +1 (313) 963-4315 |

Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Exhibit B







# Exhibit C

## Miscellaneous:

24-44296-mar Vikram Sagar Pasala Debtor dismissed 07/11/2024

Type: bk                Chapter: 13 v                              Office: 2 (Detroit)
Assets: y               Debtor disposition: Dismissed    Judge: mar
                        for Other Reason
Case Flag: DebtEd, DSODUE, NonAttyBKPP, CASECHECKED, REINSTATED, DISMISSED

## U.S. Bankruptcy Court

## Eastern District of Michigan

Notice of Electronic Filing

The following transaction was received from Abdul Q Arif entered on 8/12/2024 at 5:26 PM EDT and filed on 8/12/2024
**Case Name:** Vikram Sagar Pasala
**Case Number:** 24-44296-mar
**Document Number:** 76

**Docket Text:**
Statement of Financial Affairs for Individuals Filing for Bankruptcy *AMENDED* Filed by Debtor Vikram Sagar Pasala. (Arif, Abdul)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Statement of Financial Affairs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068232149 [Date=8/12/2024] [FileNumber=68950071-0] [ce01fd6055e53065872177f26e306e3ff1ca0f792160bc77de1bae85f1576fd312c785eef2cec5854fd7994b171ebfc8b32d1bca853b612fc2d56974762a54e8]]

**24-44296-mar Notice will be electronically mailed to:**

Abdul Q Arif on behalf of Debtor Vikram Sagar Pasala
abdul.arif@gmail.com

Krispen S. Carroll
notice@det13ksc.com

Kimberly Ross Clayson on behalf of Creditor Oxford Commercial Finance
kclayson@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Greg Dickinson on behalf of Creditor United States of America (IRS)
gregory.dickinson@usdoj.gov,
gdickinson@usa.doj.gov;karen.ducharme@usdoj.gov;sdelozier@usa.doj.gov;Mgangler@usa.doj.gov;Aida.Garmo@usdoj.gov;CaseView.ECF@usdoj.gov

John Polderman on behalf of Other Professional Charles D Bullock
jpolderman@sbplclaw.com, simondocket@simonattys.com;jlassen@simonattys.com

Karen L. Rowse-Oberle on behalf of Creditor DFCU
krowse-oberle@brolawpllc.com, krowseoberle@gmail.com

Karen L. Rowse-Oberle on behalf of Creditor DFCU Financial
krowse-oberle@brolawpllc.com, krowseoberle@gmail.com

**24-44296-mar Notice will not be electronically mailed to:**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN R:

VIKRAM SAGAR PASALA

Debtor.

Case no: 24-44296
Chapter: 13
Judge: Randon

**ORDER GRANTING MOTION TO REINSTATE CASE**

This matter having come before the Court on Debtor's motion, the court having considered the motion, and having found cause:

**IT IS ORDERED** that the stipulation is granted

_____
Judge Mark A. Randon